**MISS UNIVERSE, INC., Plaintiff,**

v.

**Alfred PATRICELLI, Defendant.**

**No. 31556.**

United States Court of Appeals Second Circuit.

Aug. 9, 1967.

Mason, Fenwick & Lawrence, Washington, D. C., and Anthony P. Copertino, Jr., Bridgeport, Conn., for appellant.

Kaye, Scholer, Fierman, Hays & Handler, New York City, and Gumbart, Corbin, Tyler & Cooper, New Haven, Conn., for appellee.

Before MOORE and ANDERSON, Circuit Judges, and TENNEY, District Judge.

PER CURIAM.

The order of Chief Judge Timbers, D.C., 271 F.Supp. 104, is affirmed. However, the merits of the controversy, including the validity of plaintiff's servicemarks, must await the trial. This decision is not intended to foreclose the defendant from using a title descriptive of his contest to select a representative from the United States of America for the World Beauty Pageant in London, England, such as Miss World—USA.

**Elmer DAVIS, aka Robert Brown, Appellant,**

v.

**Leroy R. EIDE et al., Appellees.**

**No. 21726.**

United States Court of Appeals Ninth Circuit.

Dec. 21, 1967.

Elmer Davis, in pro. per.

Roger Arnebergh, City Atty., John A. Daly, Asst. City Atty., Thomas M. Rosenberg, Deputy City Atty., Los Angeles, Cal., for appellees.

Before BARNES and JERTBERG, Circuit Judges, and McNICHOLS,* District Judge.

PER CURIAM:

The judgment is reversed, and the matter is remanded to the district court. It appears obvious to us that the complaint states a cause of action. From the order entered below (C.T. 38–39), we cannot ascertain which of the two grounds set forth in appellees' motion, was relied upon by the district court in dismissing the action.

---

* Hon. Ray McNichols, United States District Judge, Boise, Idaho, sitting by designation.